373 A.2d 1148

Kingsdown, Inc. v. Artrip (et al., Appellant).

Argued March 14, 1977. John R. Gailey, Jr., for appellant; Daniel W. Shoemaker, with him Shoemaker & Thompson, for appellee.

Judgment affirmed.

373 A.2d 1149

Knappenberger et ux. v. Hausman, Appellant.

Submitted December 10, 1976. Dean L. Foote, and Foote & Greisamer, for appellant; Edward J. Zamborsky, and Zamborsky & Zamborsky, for appellees.

Order affirmed.